UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC. | : | [redacted] 05 301 T |
| vs. | : | C.A. No. |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |

NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Defendant, National Grange Mutual Insurance Company, respectfully represents as follows:

1. That National Grange Mutual Insurance Company is a defendant in a civil action filed against it in the Providence County Superior Court, styled Allen Shine in his capacity as Permanent Receiver of Marandola Mechanical, Inc. v. National Grange Mutual Insurance Company, C.A. No. PC 05-2965.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Defendant was served with copies of the Summons and Complaint on or about June 20, 2005. Certified copies of the entire State Court record will be filed pursuant to Local Rule 36 within 10 days hereof.

3. The defendant and the plaintiff are citizens of different states and there is complete diversity within the meaning of Title 28 US.C. Section 1332.

4. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

5. Venue properly lies in the District of Rhode Island because the plaintiff is a Rhode Island resident and the case arises out of construction

contracts entered into in Rhode Island between Rhode Island corporations.

6. That the above described action, as stated in the plaintiff's Complaint, is one of which this Court has original jurisdiction pursuant to the provisions of Title 28 U.S.C. Section 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of Title 28 U.S.C. Sections 1441(a) and (b).

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

Dated: July 8, 2005