UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC.

vs.                C.A. No. 05-301T

NATIONAL GRANGE MUTUAL INSURANCE COMPANY

DEFENDANT'S TRANSMITTAL OF THE
CERTIFIED COPY OF THE STATE COURT RECORD

Pursuant to Local Rule 36, attached hereto is the certified copy of the entire state court record relative to the removed action known as Allen Shine in his capacity as Permanent Receiver of Marandola Mechanical, Inc. v. National Grange Mutual Insurance Company, C.A. No. P.C. 05-2965. The record is comprised of:

1. Docket Event Listing
2. Complaint
3. Defendant's Answer
4. Notice of Removal
5. Notice to Clerk of Filing of Notice of Removal

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Edward L. Maggiacomo, Esq., Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 12th day of July, 2005.