STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-2965 PERM REC OF MARANDOLA MECH V NATIONAL GRANGE INS

Filing Date: 06-10-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 07-08-2005

Plaintiff: PERMANENT RECEVIER OF MARANDOLA ME
ID: @10274037

Attorney: EDWARD MAGGIACOMO

Defendant: NATIONAL GRANGE INSURANCE COMPANY
ID: @10274038

Attorney: PATRICIA BUCKLEY

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-10-2005 | COMPLAINT FILED | |
| 06-10-2005 | INITIAL FILING FEE | |
| 06-11-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP205672. |
| 07-08-2005 | ANSWER FILED | Affiliated: NATIONAL GRANGE INSURANCE COMPANY |
| 07-08-2005 | NOTICE OF REMOVAL | Affiliated: NATIONAL GRANGE INSURANCE COMPANY |
| 07-08-2005 | CASE REMVD TO US DISTRICT CT | |
| 07-08-2005 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island