STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, Inc.

vs.

NATIONAL GRANGE INSURANCE COMPANY

C.A. No. 05-2965

ANSWER

National Grange Mutual Insurance Company hereby answers the plaintiff's Complaint as follows:

1. Admitted.

2. Admitted.

3. The defendant is without sufficient information to either admit or deny the project numbers alleged in this paragraph. Otherwise, admitted.

4. Admitted that the defendant issued payment bonds for each of the five projects listed in paragraph 3 of the plaintiff's Complaint. Otherwise, denied.

5. Admitted that Marandola submitted notices of claims and claims to the defendant totaling $514,128.97. Otherwise, denied.

6. Admitted that the defendant has refused to pay the claims of Marandola. Otherwise, denied.

7. Admitted that on August 25, 2004, Special Counsel to the Receiver filed a Motion to Show Cause in the context of Marandola's Receivership proceedings requesting that the defendant be required by the Court to appear in that action and show cause as to why it was not liable to pay Marandola $514,138.97. Otherwise, denied.

8. Admitted.

9. The defendant is without sufficient information to either admit or deny the project numbers alleged in this paragraph. Otherwise, admitted.

10. Admitted.

Copy Attest
FILED
Office of Clerk, Superior Court
Counties of Providence & Bristol
Rhode Island
2005 JUL 8

11. Admitted.

12. Admitted that Marandola submitted a claim and affidavit to the defendant in the amount of $96,913.30. Otherwise, denied.

13. Denied that the defendant did not respond to Marandola's claim. Otherwise, admitted.

14. Admitted.

15. The defendant is without sufficient information to either admit or deny the project number alleged in this paragraph. Otherwise, admitted.

16. Admitted.

17. Admitted.

18. Admitted that Marandola submitted a claim and affidavit to the defendant in the amount of $63,597.70. Otherwise, denied.

19. Denied that the defendant did not respond to Marandola's claim. Otherwise, admitted.

20. Admitted.

21. The defendant is without sufficient information to either admit or deny the project numbers alleged in this paragraph. Otherwise, admitted.

22. Admitted.

23. Admitted.

24. Admitted that Marandola submitted a claim and affidavit to the defendant in the amount of $31,346.67. Otherwise, denied.

25. Denied that the defendant did not respond to Marandola's claim. Otherwise, admitted.

26. Admitted.

27. The defendant is without sufficient information to either admit or deny the project numbers alleged in this paragraph. Otherwise, admitted.

28. Admitted.

29. Admitted.

30. Admitted that Marandola submitted a claim and affidavit to the defendant



True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

in the amount of $226,711.30. Otherwise, denied.

31. Admitted.

32. Denied that the defendant did not respond to Marandola's claim. Otherwise, admitted.

33. Admitted.

34. The defendant is without sufficient information to either admit or deny the project numbers alleged in this paragraph. Otherwise, admitted.

35. Admitted.

36. Admitted.

37. Admitted that Marandola submitted a claim and affidavit to the defendant in the amount of $65,560.00. Otherwise, denied.

38. Denied that the defendant did not respond to Marandola's claim. Otherwise, admitted.

39. Admitted.

COUNT I

40. The defendant incorporates its responses to paragraphs 1 through 39, above, as if restated in full herein.

41. Denied.

42. Denied.

43. Denied.

COUNT II

44. The defendant incorporates its responses to paragraphs 1 through 43, above, as if restated in full herein.

45. Denied.

46. Denied.

47. Denied.

COUNT III

48. The defendant incorporates its responses to paragraphs 1 through 47,

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

above, as if restated in full herein.

49. Denied.

50. Denied.

51. Denied.

## COUNT IV

52. The defendant incorporates its responses to paragraphs 1 through 51, above, as if restated in full herein.

53. Denied.

54. Denied.

55. Denied.

## COUNT V

56. The defendant incorporates its responses to paragraphs 1 through 55, above, as if restated in full herein.

57. Denied.

58. Denied.

59. Denied.

## FIRST AFFIRMATIVE DEFENSE

The plaintiff has failed to comply with conditions precedent to the invocation of protection under the referenced Payment Bonds.

## SECOND AFFIRMATIVE DEFENSE

The defendant affirmatively pleads arbitration as a bar to the within action.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, by his failure to commence this action in a timely manner.

## FOURTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads Marandola Mechanical, Inc.'s Breach of contract as a bar to the within action.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FIFTH AFFIRMATIVE DEFENSE

The plaintiff's damages, if any at all, were caused by or contributed to by the conduct of Marandola Mechanical, Inc. and not by this defendant.

SIXTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads failure to mitigate.

EIGHTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads that the plaintiff's damages, if any at all, were caused by the defective and unsatisfactory work and materials of Marandola Mechanical, Inc.

NINTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads that it has acted at all times in good faith and in a timely, reasonable manner.

TENTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads that the plaintiff's Complaint fails to state a claim upon which an award of punitive damages may be made.

ELEVENTH AFFIRMATIVE DEFENSE

The defendant reserves its right to raise additional affirmative defenses as the same become apparent through its investigation of this matter and discovery.

WHEREFORE, defendant, National Grange Mutual Insurance Company demands that the plaintiff's Complaint be dismissed and that it be awarded its costs related thereto.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

The Defendant hereby
Demands trial by jury

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Edward L Maggiacomo, Esq., Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903-2443 on this 8th day of July, 2004.

______________________



True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island