UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC. | : | |
| vs. | : | C.A. No. 05-301T |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |

AFFIDAVIT OF FILING NOTICE OF REMOVAL
WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I, Patricia A. Buckley, attorney for the defendant, National Grange Mutual Insurance Company, herein on oath depose and say that I have caused copies of the defendant's Notice of Removal of the above captioned action to be filed with the Clerk of the Providence County Superior Court in accordance with the provisions of Title 28 U.S.C. §1446(e) by hand delivering copies of said Notice to the Clerk on July 8, 2005.

I further depose and say that I have given written notice of the filing of said Notice to all parties by mailing copies thereof by United States mail together with notice of said filing to Edward L. Maggiacomo, Esq., Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903 on July 8, 2005.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.
Dated this 11th day of July, 2005.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

CERTIFICATION

I, Patricia A. Buckley, attorney for defendant, hereby certify that I have this day served the foregoing AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT by mailing a copy postage pre-paid or by hand delivery to Edward L. Maggiacomo, Esq., Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903.

Dated this 12th day of July, 2005.

STATE OF RHODE ISLAND
PROVIDENCE SC.

Personally appeared the above-named Patricia A. Buckley, who made oath that the foregoing statements by her subscribed are true.

NOTARY PUBLIC
My Commission Expires: 6/28/2008