UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC., Plaintiff, v. NATIONAL GRANGE MUTUAL INSURANCE COMPANY Defendant. | Case No.: 05-301T |

**ENTRIES OF APPEARANCE**

We, Peter L. Kennedy, Geoffrey W. Millsom, and Jamie L. LaPorte, hereby enter our appearance on behalf of Plaintiff, Allen Shine, in his capacity as Permanent Receiver of Marandola Mechanical, Inc., in the above-captioned matter.

Dated: Providence, Rhode Island
July 21, 2005

ALLEN SHINE in his capacity as
Permanent Receiver of MARANDOLA
MECHANICAL, INC.

By Special Counsel to the Receiver,

PETER LAWSON KENNEDY (#444)
GEOFFREY W. MILLSOM (#6483)
JAIME L. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On July 21, 2005, I served a true and accurate copy of the attached Entries of Appearance by regular mail upon counsel for National Grange Mutual Insurance Company at the following address:

   Patricia A. Buckley
   Carroll, Kelley & Murphy
   One Turks Head Plaza, Suite 400
   Providence, RI 02903

*339726_1.doc*