UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC., | : | Case No.: 05-301T |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |
| Defendant. | | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Allen Shine hereby discloses that Marandola Mechanical Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: Providence, Rhode Island
July 21, 2005

ALLEN SHINE in his capacity as
Permanent Receiver of MARANDOLA
MECHANICAL, INC.

By Special Counsel to the Receiver,

PETER LAWSON KENNEDY (#444)
GEOFFREY W. MILLSOM (#6483)
JAIME L. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On July 20, 2005, I served a true and accurate copy of the attached Rule 7.1 Disclosure statement by regular mail upon counsel for National Grange Mutual Insurance Company at the following address:

   Patricia A. Buckley
   Carroll, Kelley & Murphy
   One Turks Head Plaza, Suite 400
   Providence, RI 02903

339682_1.doc