UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC.

vs. C.A. No. 05-301T

NATIONAL GRANGE MUTUAL INSURANCE COMPANY

**NOTICE TO TAKE DEPOSITION**

| | |
|---|---|
| **DEPONENT:** | **KEEPER OF RECORDS FOR STATE OF RHODE ISLAND, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, PLANNING AND DEVELOMENT** |
| **DATE:** | **JANUARY 9, 2006** |
| **TIME:** | **10:00 A.M.** |

Please take notice that pursuant to Fed. R. Civ. P. 30, the defendant in the above captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI before a Notary Public commissioned in the State of Rhode Island.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Peter Lawson Kennedy, Esquire, Adler Pollock & Sheehan, 2300 Financial Plaza, 8th Floor, Providence, RI 02903-2443 on this 23rd day of December, 2005.

Georgia M. Calise