UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC. | : | |
| vs. | : | C.A. No. 05-301T |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |

MOTION FOR EXTENSION OF TIME

Defendant, National Grange Mutual Insurance Company, hereby moves for a 2 week extension of time, up to and including February 6, 2005 within which to file its Motion to Dismiss certain of the plaintiff's claims on jurisdictional and timeliness grounds. The Motion is currently due on January 23, 2006. As grounds therefore, the defendant asserts that material necessary to prepare the motion was only recently provided to the parties through a keeper of the records deposition of the State of Rhode Island, Department of Environmental Management, which was delayed by the interruption of the Christmas and New Years holidays. The additional brief period of time is necessary for the defendant to file a complete and fully considered motion.

Wherefore, the defendant respectfully requests that its motion be granted.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

I hereby certify that I mailed a true copy of the within to Peter L. Kennedy, Esq., Adler Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903 on this 20th day of January, 2006.