UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 25 2006
Property of U.S. District Court
District of Rhode Island

ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC.

vs. C.A. No. 05-301T

NATIONAL GRANGE MUTUAL INSURANCE COMPANY

STIPULATION FOR PARTIAL DISMISSAL

It is agreed by the parties that Counts I, II, III and V of the Plaintiff's Complaint are hereby dismissed without prejudice.

ALLEN SHINE in his capacity as
Permanent Receiver of
MARANDOLA MECHANICAL, INC.
By his Attorneys,
ADLER POLLOCK & SHEEHAN

1/24/2006

PETER LAWSON KENNEDY #0444
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-2443
(401) 274-7200
(401) 751-0604 (fx)

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

Ernest C. Torres
Ernest C. Torres
2/6/06

Dated: 1/25/06

RECEIVED
JAN 24 2006
ADLER, POLLOCK & SHEEHAN