UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALLEN SHINE in his capacity as Permanent Receiver of MARANDOLA MECHANICAL, INC.

vs. C.A. No. 05-301T

NATIONAL GRANGE MUTUAL INSURANCE COMPANY

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties hereby agree that Plaintiff's remaining claim(s) may be dismissed without prejudice.

NATIONAL GRANGE MUTUAL INSURANCE COMPANY
By its Attorneys
CARROLL KELLY & MURPHY

Patricia A. Buckley (#2987)
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
Fax: (401) 331-4404

Dated: July 17, 2006

ALLEN SHINE in his capacity as
Permanent Receiver of
MARANDOLA MECHANICAL, INC.
By his Attorneys,
ADLER POLLOCK & SHEEHAN P.C.

Peter Lawson Kennedy (#0444)
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

Dated: July 24, 2006

ENTER:

Ernest C. Torres, Chief Judge
Date: 8/3/06, 2006

*386510_1.doc*